# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3623

_____

Larry Dexter Morton,               *
                                        *

           Appellant,          *

                                        *    Appeal from the United States

      v.                              *    District Court for the

                                        *    Western District of Missouri.

Sony Parts Exchange-Center, also    *

known as Sony Co.; Larry Duke Nagy,    *          [UNPUBLISHED]

                                        *

           Appellees.          *

_____

Submitted: December 27, 1999

Filed: January 3, 2000

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Larry Dexter Morton, an Indiana inmate, appeals from the district court's[1] order denying his motion for reconsideration of the court's order dismissing as frivolous his civil rights action. We conclude the district court did not abuse its discretion in denying Mr. Morton's motion for reconsideration, because even construing his complaint liberally, he did not allege facts establishing jurisdiction. See 28 U.S.C. § 1332

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

(amount in controversy must exceed $75,000); Sanders v. Clemco Indus., 823 F.2d 214, 216 (8th Cir. 1987) (standard of review for denial of Federal Rule of Civil Procedure 60(b) motion); cf. Sanders v. United States, 760 F.2d 869, 871-72 (8th Cir. 1985) (per curiam) (liberally construing pro se civil rights complaint and affirming its dismissal as frivolous where prisoner failed to allege facts supporting personal jurisdiction over defendants). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.